**Mandamus Denied and Memorandum Opinion Issued February 24, 2026.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00221-CV
_____

### IN RE THE HIGHLAND DALLAS FOUNDATION, INC., THE HIGHLAND KANSAS CITY FOUNDATION, INC., AND THE HIGHLAND SANTA BARBARA FOUNDATION, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Business Court Division 1B**
**Dallas County, Texas**
**Trial Court Cause No. 25-BC01B-0027**

## MEMORANDUM OPINION

On November 26, 2025, relators The Highland Dallas Foundation, Inc., The Highland Kansas City Foundation, Inc., and The Highland Santa Barbara Foundation, Inc., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable William Whitehill, Judge of the Business Court Division 1B, in Dallas County, Texas, to set aside his order dated September 18, 2025, entered in trial court number 25-BC01B-0027, styled *The Highland Dallas*

*Foundation, Inc., The Highland Kansas City Foundation, Inc., and The Highland Santa Barbara Foundation, Inc. v. Mark Patrick, DFW Charitable Foundation, CDMCFAD, LLC, Charitable DAF GP, LLC and CDH GP, Ltd.*

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.